**jackson | lewis**
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
One North Broadway
White Plains, New York 10601
Tel 914 328-0404
Fax 914 328-1882
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GRAND RAPIDS, MI | MORRISTOWN, NJ | RALEIGH-DURHAM, NC |
| ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| CHICAGO, IL | LONG ISLAND, NY | PHILADELPHIA, PA | SAN JUAN, PR |
| CINCINNATI, OH | LOS ANGELES, CA | PHOENIX, AZ | SEATTLE, WA |
| CLEVELAND, OH | MEMPHIS, TN | PITTSBURGH, PA | STAMFORD, CT |
| DALLAS, TX | MIAMI, FL | PORTLAND, OR | TAMPA, FL |
| DENVER, CO | MILWAUKEE, WI | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| DETROIT, MI | MINNEAPOLIS, MN | PROVIDENCE, RI | WHITE PLAINS, NY |

October 10, 2013

**VIA ECF**
Honorable Fredric Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

           Re:   Serafin et al. v. Tomkats, Inc. et al.
               Case No.: 11-CV-4283 (FB)(LB)

Dear Judge Block:

    We represent the Defendants in the above-referenced matter. We write on behalf of all parties to inform the Court that the parties have agreed to resolve the matter in its entirety. We are currently preparing a settlement agreement with the agreed-upon settlement terms. Once the settlement agreement is fully-signed, the parties will provide the Court with the settlement agreement and stipulation of dismissal respectfully requesting the Court's *in camera* review and approval so the Court can ensure that the settlement of Plaintiffs' claims under the Fair Labor Standards Act and New York Labor Law is fair and reasonable. We expect to be able to provide the Court with the fully-signed settlement agreement and stipulation of dismissal by October 18, 2013.

    We are available for a teleconference to discuss the settlement at the Court's convenience if necessary. Thank you for your attention to this matter.

                 Respectfully submitted,

                 JACKSON LEWIS LLP

                 *Michael Frankel*
                 Michael A. Frankel

MAF/mrg

cc:   Honorable Lois Bloom (via ECF)
     C.K. Lee, Esq., *Counsel for Plaintiff* (via ECF)
     Jonathan M. Kozak, Esq., *Jackson Lewis LLP* (internal)